RUSSELL & CO. v. J. H. & G. WALKER.

1 w 507
§ 889
2 w 687

(No. 1199, Op. Book No. 2, p. 35.)

APPEAL from Lamar County. Opinion by WALKER, A. S., J.

§ 889. *Damages; measure of.* In breach of warranty of personal property the ordinary rule of damage is the difference between the value of the article as delivered and its value as the article should have been under the contract. [Wright v. Davenport, 44 Tex. 164; Stark v. Alford, 49 Tex. 275.]

May 6, 1880.             Reversed and remanded.